IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ABRA KAFUI DEH<br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*<br>Defendants. | No. 1:25-cv-00213-MSN-WEF |

**ORDER**

Plaintiff Abra Kafui Deh, proceeding *pro se*, is hereby NOTIFIED Defendant has filed a Motion to Dismiss that, if granted, could result in the dismissal of Plaintiff's claims.

Plaintiff is ADVISED that Plaintiff is entitled to file an opposition to the motion. Any **opposition must be filed within twenty-one (21) days** of the filing date of this Notice. Plaintiff is FURTHER ADVISED that the Court could dismiss the Complaint on the basis of the Motion if Plaintiff does not timely respond.

If Plaintiff files a response, Defendant may file a reply within six (6) days of the filing of Plaintiff's response. E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed" on this Motion "without first obtaining leave of Court." *Id.*

The Clerk is directed to mail a copy of this notice to Plaintiff, *pro se*.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

May 30, 2025
Alexandria, Virginia