IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ABRA KAFUI DEH,<br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM,<br>Defendant. | No. 1:25-cv-00213-MSN-WEF |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss (ECF 9). Plaintiff filed a complaint in this matter seeking to compel the adjudication of his application for asylum. *See* ECF 1. On April 30, 2025, while this matter was stayed, Defendants approved Plaintiff's asylum application. *See* ECF 10-1. Defendants now seek dismissal on the ground that this case is now moot. ECF 10 at 1. Plaintiff has not opposed that motion. The Court finds that Plaintiff's claims are now moot. *See Qui v. Mayorkas*, 2024 WL 329140, at *2 (E.D. Va. Jan. 29, 2024). Accordingly, it is hereby

**ORDERED** that Defendant's Motion (ECF 9) is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

The Clerk is directed to close this civil action and mail a copy of this Order to Plaintiff, *pro se*.

Should Plaintiff wish to appeal this Order, she must file a written notice of appeal with the Clerk of this Court within thirty (30) days of the date of the entry of this Order. A notice of appeal

is a short, written statement noting a desire to appeal an order. Failure to file a notice of appeal within the stated period waives Plaintiff's right to do so.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

June 30, 2025
Alexandria, Virginia